1  MITCHELL D. GLINER, ESQ.
   Nevada Bar #003419
2  3017 West Charleston Blvd., #95
   Las Vegas, NV  89102
3  (702) 870-8700
   (702) 870-0034 Fax
4  Attorney for Plaintiff

5

6                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
7

8  BOBBY W. RICHEY,                    )
                                       )
9       Plaintiff,                     )
                                       )        No.
10 vs.                                 )
                                       )
11 ALESSI & KOENIG, LLC,               )
   a domestic Limited Liability        )
12 Company and SOUTHERN                )
   HIGHLANDS COMMUNITY                 )
13 ASSOCIATION, a domestic Non-        )
   Profit Coop Corp,                   )
14                                     )
        Defendants.                    )
15 _____      )        JURY DEMANDED

16                          COMPLAINT

17                          JURISDICTION

18      1.    The jurisdiction of this Court attains pursuant to the

19 FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332,

20 and the doctrine of supplemental jurisdiction.  Venue lies in the

21 Southern Division of the Judicial District of Nevada as Plaintiff's

22 claims arose from acts of the Defendants perpetrated therein.

23                     PRELIMINARY STATEMENT

24      2.    This action is instituted in accordance with and to

25 remedy Defendants' violations of the Federal Fair Debt Collection

26 Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and

27 of related state law obligations brought as supplemental claims

28 hereto.

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

3.    In 2009 Defendants initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff in Las Vegas, Nevada.

4.    As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

PARTIES

5.    Plaintiff, Bobby W. Richey, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6.    Defendant, Alessi & Koenig, LLC, (Alessi) is a domestic limited-liability company, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Las Vegas, NV and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

7.    The Defendant, Southern Highlands Community Association (SHCA)is a domestic corporation.

FACTUAL ALLEGATIONS

8.    Plaintiff repeats, realleges and asserts all factual allegations contained in the preliminary statement to this Complaint and reasserts them as incorporated in full herein.

9.    In November, 2008, Plaintiff filed a FDCPA action against Alessi Styled Richey v. Alessi & Koenig, LLC, Case No. 2:08-cv-1676-RLH-LRL.

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

10.   That action amicably settled during May, 2009.

11.   On April 29, 2009, Alessi had filed a Release of the delinquent assessment lien it had previously filed on Plaintiff's property.

12.   Since then Plaintiff has made every payment to SHCA in a timely fashion.

13.   Shortly after Alessi filed its Release SHCA asserted Plaintiff owed $110.00 in delinquent assessments.

14.   Plaintiff provided SHCA proof of his May and June, 2009, payments (Exhibit 1).

15.   Plaintiff expressed to SHCA that the problem appeared to be that SHCA *mistakenly* conveyed his May and June, 2009, check to Alessi.

17.   Exhibit 1 reflects Alessi endorsed Plaintiff's May and June, 2009, payments while SHCA endorsed all subsequent payments.

18.   On or about May 4, 2010, Alessi dunned Plaintiff demanding payment (Exhibit 2).

19.   Plaintiff receives his mail via a Postal Annex and did not receive Exhibit 2 until approximately May 17, 2010.

20.   The final paragraph of Defendant's letter threatened additional debt collection activity were Plaintiff to fail to satisfy Defendant's demand by June 8, 2010.

21.   Defendant's demand necessarily required Plaintiff to forego his statutory right to challenge the debt in violation of FDCPA § 1692g.   Terran v. Kaplan, 109 F.3d 1428, 1434 (9th Cir. 1997).

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

3

22.   Exhibit 2 also reflects  different balances in violation of FDCPA § 1692g(a)(1).   <u>Miller v. McCalla, Raymer, Padrick, Cobb, Nichols, and Clark, LLC</u>, 214 F.3d 872 (7th Cir. 2000).

23.   The  foregoing  acts and omissions of Defendants were undertaken  by  them  willfully,  maliciously,  and  intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

24.   Indeed,  the  foregoing  acts  and  omissions  of Defendants were undertaken by them indiscriminately and persistently, as part of their regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

25.   As a proximate result of the foregoing acts and omissions of Defendants,  Plaintiff has  suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

26.   As  a  result  of  the  foregoing acts and omissions of Defendants, and in order to punish Defendants for their outrageous and malicious conduct, as well as to deter them from committing similar  acts  in  the  future  as  part  of  their  debt  collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

CAUSES OF ACTION

COUNT I

27.   The  foregoing  acts and omissions of Alessi constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d, 1692e 1692f and 1692g.

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas. Nevada 89102

(702) 870-8700

1   28.   Plaintiff  is entitled to recover statutory damages,

2   actual damages, reasonable attorney's fees, and costs.

3

4                            COUNT II

5   29.   The foregoing acts and omissions of Defendants constitute

6   unreasonable debt collection practices in violation of the doctrine

7   of Invasion of Privacy.  *Kuhn v. Account Control Technology, Inc.*,

8   *865 F. Supp. 1443, 1448-49 (D. Nev. 1994); Pittman v. J. J. Mac*

9   *Intyre Co. of Nevada, Inc., 969 F. Supp. 609, 613-14 (D. of Nev.*

10  *1997).*

11  30.   Plaintiff is entitled to recover actual damages as well

12  as punitive damages in an amount to be proven at trial.

13

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

14                       JURY DEMANDED

15  Plaintiff hereby demands trial by a jury on all issues so

16  triable.

17  WHEREFORE, Plaintiff prays that this Honorable Court grant the

18  following relief:

19      1.    Award actual damages.

20      2.    Award punitive damages.

21      3.    Award statutory damages of $1,000 pursuant to 15 U.S.C.

22  § 1692k.

23  . . .

24  . . .

25  . . .

26

27

28

4.    Award reasonable attorney fees.

5.    Award costs.

6.    Grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

6

Wells Fargo Business Online

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1052 | 04/30/09 | $55.00 | NCHK XXXXXX4176 |



⌂ **Equal Housing Lender**

© 1995 - 2010 Wells Fargo. All rights reserved.

**EXHIBIT 1**

Wells Fargo Business Online

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1126 | 06/08/09 | $55.00 | NCHK XXXXXX4176 |

BOBBY W RICHEY
SILVIA RICHEY
39536 BONAIRE WAY
MURRIETA, CA 92563-2549

RECEIVED    JUNE 1

1126

11887

Pay to the Order of    SHCA    JUN 03 20    $55.00

Fifty five    Dollars

For June dues 6025 RdwSD    Bobby W Richey

1:122000247: 96627    011 26    V

PAY TO THE ORDER OF
WELLS FARGO BANK NEVADA, N.A
3212/10742
FOR DEPOSIT ONLY
ALESSI & KOENIG, LLP
ACCT# 8171169047

⌂ **Equal Housing Lender**
© 1995 - 2010 Wells Fargo. All rights reserved.

Wells Fargo Business Online

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1138 | 07/22/09 | $110.00 | NCHK XXXXXX4176 |



⌂ **Equal Housing Lender**

© 1995 - 2010 Wells Fargo. All rights reserved.



DAVID ALESSI*

THOMAS BAYARD *

ROBERT KOENIG**

RYAN KERBOW***

\* Admitted to the California Bar

\*\* Admitted to the California, Nevada and Colorado Bars

\*\*\* Admitted to the Nevada and California Bar

**A LESSI KOENIG**

*A Multi-Jurisdictional Law Firm*

9500 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
Telephone: 702-222-4033
Facsimile: 702-222-4043
www.alessikoenig.com

<u>ADDITIONAL OFFICES</u>

AGOURA HILLS CA
PHONE: 818-735-9600

RENO NV
PHONE: 775-626-2323

DIAMOND BAR CA
PHONE: 909-843-6590

<u>Nevada Licensed Qualified Collection Manager</u>
AMANDA LOWER

May 4, 2010

*LIEN LETTER*
*VIA REGULAR AND CERTIFIED MAIL*

Bobby Wayne Richey
40335 Winchester Rd #E-189
Temecula, CA 92591

Re: **Southern Highlands Community Association/6025 Raboso Dr/HO #21942**

Dear Bobby Wayne Richey:

Please find the enclosed Notice of Delinquent Assessment (Lien), signed and dated on behalf of **Southern Highlands Community Association on May 4, 2010.** The total amount due by **June 8, 2010** is **$854.12.** Please note that the total amount due may differ from the amount shown on the enclosed lien. Please submit payment to our **Nevada** mailing address listed below by **June 8, 2010.** Payment must be in the form of a <u>cashier's check or money order</u> and made payable to **Alessi & Koenig.**

Unless you, within thirty days after receipt of this notice, dispute the validity of this debt, or any portion thereof, our office will assume the debt is valid. If you notify our office in writing within the thirty-day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and a copy of such verification will be mailed to you. Upon receipt of your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor. Please be advised that you have the right to inspect the association records.

In the event Alessi & Koenig, LLC does not receive payment of your unpaid assessments, fees and costs of **$854.12** by **June 8, 2010,** a Notice of Default will be recorded in the office of the County Recorder; resulting in additional fees and costs. Should you fail to reinstate your account, you could lose ownership of your property.

Sincerely,

ALESSI & KOENIG, LLC
Aileen Ruiz, Legal Assistant




lease be advised that Alessi & Koenig, LLC is a debt collector that is attempting to collect a debt and any information obtained will be used for that purpose.

When recorded return to:

**ALESSI & KOENIG, LLC**
**9500 W. Flamingo Rd., Suite 100**
**Las Vegas, Nevada 89147**
**Phone: (702) 222-4033**

---

A.P.N. **176-36-417-050**                      Trustee Sale # **SH-6025-N**

## NOTICE OF DELINQUENT ASSESSMENT (LIEN)

In accordance with Nevada Revised Statutes and the Association's Declaration of Covenants, Conditions and Restrictions (CC&Rs) of the official records of **Clark** County, Nevada, **Southern Highlands Community Association** HOA has a lien on the following legally described property.

The property against which the lien is imposed is commonly referred to as **6025 Raboso Dr , Las Vegas, NV 89141** and more particularly legally described as: **Lot 71 Block 2** Book **105** Page **52** in the County of **Clark**.

The owner(s) of record as reflected on the public record as of today's date is (are): **Bobby Wayne Richey**

The mailing address(es) is: **40335 Winchester Rd #E-189, Temecula, CA 92591**

The total amount due through today's date is: **$799.12**. Of this total amount **$735.00** represent Collection and/or Attorney fees, assessments, interest, late fees and service charges. **$64.12** represent collection costs. Note: Additional monies shall accrue under this claim at the rate of the claimant's regular monthly or special assessments, plus permissible late charges, costs of collection and interest, accruing subsequent to the date of this notice.

Date: **May 4, 2010**

By:    _____
       Aileen Ruiz – Legal Assistant
       Alessi & Koenig, LLC on behalf of **Southern Highlands Community Association**


State of Nevada
County of Clark
SUBSCRIBED and SWORN before me May 4, 2010

(Seal)                                        (Signature)


                                              _____
                                              NOTARY PUBLIC

