MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BOBBY W. RICHEY,

    Plaintiff,

vs.

ALESSI & KOENIG, LLC,
a domestic Limited Liability
Company and SOUTHERN
HIGHLANDS COMMUNITY
ASSOCIATION, a domestic Non-
Profit Coop Corp,

    Defendants.

No. 2:10-cv-00945-LDG-LRL

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice as to Defendants, each party to bear their costs and attorney's fees.

DATED: December 9, 2010.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, Nevada  89102
Attorney for Plaintiff

ALESSI & KOENIG, LLC

_____
RYAN KERBOW, ESQ.
Nevada Bar #11043
9500 W. Flamingo Rd., #100
Las Vegas, Nevada 89117
Attorneys for Defendants

IT IS SO ORDERED this __18__ day of __April__, 2011.

_____
UNITED STATES DISTRICT JUDGE